[No. 7052–9–II. Division Two. March 13, 1985.]

SANDRA L. CONNER, ET AL, *Appellants,* v. UNIVERSAL UTILITIES, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81–2–00935–9, John W. Schumacher, J., entered April 29, 1983. *Reversed* by unpublished opinion

per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.